**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LOIS WHITE, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:24-cv-06937 |
| | ) |
| v. | ) Honorable Chief Judge |
| | ) Virginia M. Kendall |
| RGM PROPERTIES, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF SETTLEMENT DISCUSSIONS**

Plaintiff Lois White hereby notifies the Court that the Parties are engaged in good faith settlement discussions. The Parties respectfully request that all upcoming deadlines, including the Status Hearing set for November 6, 2024 at 9:30 am be adjourned for thirty (30) days to focus on resolving the matter.

Dated: November 5, 2024                    Respectfully submitted,


By: /s/ Angela Spears

Angela C. Spears
Cass Law Group, P.C.
20015 S. LaGrange Rd. #1098
Frankfort, IL 60423
aspears@casslawgroup.com
*Counsel for Plaintiff*

1