**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOIS WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-06937 |
| | ) | |
| v. | ) | Honorable Chief Judge |
| | ) | Virginia M. Kendall |
| RGM PROPERTIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RGM**
**PROPERTIES, LLC. UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH**
**PREJUDICE**

Plaintiff, through undersigned counsel, voluntarily dismisses Defendant RGM

Properties, LLC. under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

.

Dated: January 14, 2025                    Respectfully submitted,


By: /s/ Angela Spears

Angela C. Spears
Cass Law Group, P.C.
20015 S. LaGrange Rd. #1098
Frankfort, IL 60423
aspears@casslawgroup.com
*Counsel for Plaintiff*

1